ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

FILED

Jul 19 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-373-CRB |
| Plaintiff, | |
| v. | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| JOEVONNE DAMARIO RALLS, | |
| Defendant. | |

TO:     The Honorable THOMAS S. HIXSON, United States Magistrate Judge for the Northern District of California

      Assistant United States Attorney DANIEL PASTOR respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner JOEVONNE DAMARIO RALLS, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

      The prisoner, JOEVONNE DAMARIO RALLS, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: July 18, 2024

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
DANIEL PASTOR
Assistant United States Attorney

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> JOEVONNE DAMARIO RALLS, <br>     Defendant. | CASE NO. 21-CR-373-CRB <br><br> [~~PROPOSED~~] **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant JOEVONNE DAMARIO RALLS, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: July 18, 2024

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 21-CR-373-CRB

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   SELECT:  **MARK KOLC, Acting United States Marshal for the Northern District of California and YESENIA SANCHEZ, SHERIFF OVERSEEING THE SANTA RITA COUNTY JAIL** and /or any of his or her authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of **JOEVONNE DAMARIO RALLS**, who is in the custody of Santa Rita Jail in Alameda County, California, before the Honorable Charles R. Breyer, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at **450 Golden Gate Avenue**, **17th Floor, San Francisco**, California 94102, on **August 21, 2024**, at **10:00 a.m.** for a sentencing hearing on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release **JOEVONNE DAMARIO RALLS** from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED:  July 22, 2024

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Mark B. Busby*

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-CR-373-CRB

# United States Marshals Service Writ Information Sheet

This form should be completed by the Assistant United States Attorney assigned to the case, his/her designee, or the case agent. Refer any questions to the Criminal Section at (415) 436-7200

| Prisoner Name: (last, first, middle) | Booking, CDC, or USMS #; |
| --- | --- |
| Ralls, Joevonne Damario | State ID No: 31667056 |

| Prisoner Aliases: | DOB: 11/07/1996 | Birth Place: California |
| --- | --- | --- |

| Sex: Male | Race: Black | Hair: Black | Height: 5'11" | Weight: 150 | SSN: unavailable |
| --- | --- | --- | --- | --- | --- |

| Violation Code: (Title & Section) | Warrant or Complaint Case#: |
| --- | --- |
| 21 U.S.C. 841(a)(1) | 21-cr-373-CRB (N.D. Cal.) |

Offense (State Specifically)
21 U.S.C. 841(a)(1) -- possession of controlled substance with intent to distribute (marijuana robberies)

| Facility Name & Location | Facility Contact Person & Phone: |
| --- | --- |
| Santa Rita Jail | |

| AUSA & Phone#: | Case Agent & Phone #: |
| --- | --- |
| Daniel Pastor -- (415) 308-7998 | ATF SA Andrew Balady -- (209) 662-9312 |

|  | YES | NO |
| --- | --- | --- |
| Prior felony conviction for | ☒ | ☐ |
| Prior prison history ☒ State ☐ Federal | ☒ | ☐ |
| Conviction of felony against person crime | ☐ | ☒ |
| History of disciplinary problems | ☐ | ☒ |
| Homosexual | ☐ | ☒ |
| Gang Affiliations -- name of gang if known  Brookfield | ☒ | ☐ |
| Escape Risk | ☐ | ☒ |
| Considered threat to staff or other inmates | ☐ | ☒ |
| States or local charges pending -- Where  Alameda County | ☒ | ☐ |
| Receiving Medical Care or Medication | ☐ | ☒ |

If YES, type of medical care or medication
N/A

Special Instructions:
N/A

Comments:
N/A