1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    MARTHA BOERSCH (CABN 126569)
3   Chief, Criminal Division

4   DANIEL PASTOR (CABN 297948)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        daniel.pastor@usdoj.gov
8
    Attorneys for United States of America
9

**FILED**

Aug 28 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  21-CR-373-CRB |
| Plaintiff, | |
| v. | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| JOEVONNE DAMARIO RALLS, | |
| Defendant. | |

TO:    The Honorable LISA J. CISNEROS, United States Magistrate Judge for the Northern

       District of California

       Assistant United States Attorney DANIEL PASTOR respectfully requests that the Court issue a

Writ of Habeas Corpus Ad Prosequendum for the person of prisoner JOEVONNE DAMARIO RALLS,

whose place of custody or jailor are set forth in the requested Writ, attached hereto.

       The prisoner, JOEVONNE DAMARIO RALLS, is required to appear as a defendant in the

above-entitled matter in this Court on the date identified in the writ (9/4/2024), and therefore petitioner

prays that the Court issue the Writ as presented.

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-CR-373-CRB

Dated: August 28, 2024

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
DANIEL PASTOR
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-CR-373-CRB

1    ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney

2

3    MARTHA BOERSCH (CABN 126569)
     Chief, Criminal Division

4    DANIEL PASTOR (CABN 297948)
     Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7200

7        FAX: (415) 436-7234
       daniel.pastor@usdoj.gov

8

9    Attorneys for United States of America

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13    UNITED STATES OF AMERICA,      )    CASE NO. 21-CR-373-CRB
                                      )

14         Plaintiff,            )
                                      )

15          v.                )    [~~PROPOSED~~] **ORDER GRANTING PETITION**
                                      )    **FOR WRIT OF HABEAS CORPUS AD**

16    JOEVONNE DAMARIO RALLS,       )    **PROSEQUENDUM**
                                      )

17         Defendant.         )
                                      )

18

19        Upon motion of the United States of America, and good cause appearing therefore,

20    IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

21    Corpus Ad Prosequendum requiring the production of defendant JOEVONNE DAMARIO RALLS,

22    before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and

23    requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as

24    presented.

25

26    DATED:    8/28/24                                                        
                                                   HON. LISA J. CISNEROS

27                                                     United States Magistrate Judge

28

1

2

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

3  TO:   SELECT: **MARK KOLC, Acting United States Marshal for the Northern District of**

4        **California and YESENIA SANCHEZ, SHERIFF OVERSEEING THE SANTA RITA**

5        **COUNTY JAIL** and /or any of his or her authorized deputies:

6

7        Pursuant to the foregoing petition and order, you are directed to produce the body of

8  **JOEVONNE DAMARIO RALLS**, who is in the custody of Santa Rita Jail in Alameda County,

9  California, before the Honorable Charles R. Breyer, United States District Judge for the Northern

10 District of California, located at the San Francisco Federal Courthouse, located at **450 Golden Gate**

11 **Avenue, 17th Floor, San Francisco,** California 94102, on **September 4, 2024,** at **10:00 a.m.** for a

12 sentencing hearing on the charges filed against defendant in the above-entitled Court and further to

13 produce said defendant at all future hearings as necessary until the termination of the proceedings in this

14 Court.

15        Should the current custodian release **JOEVONNE DAMARIO RALLS** from its custody, you

16 are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the

17 Northern District of California and/or his authorized deputies under this Writ.

18

19 DATED: ___8/29/2024___

20

21                                         CLERK, UNITED STATES DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA

22 By: _____

       DEPUTY CLERK

23

24

25

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-CR-373-CRB